# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

### CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): | Becker Whitaker, Jane A

USDC-PR Bar Number: | 205510

Email Address: | jbw@beckervissepo.com, janebeckerwhitaker@gmail.com

1.    Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

Plaintiff: | Estudio Hacedor, PSC

Defendant: | Juan Antonio Larrea

2.    Indicate the category to which this case belongs:

☒ Ordinary Civil Case
☐ Social Security
☐ Banking
☐ Injunction

3.    Indicate the title and number of related cases (if any).

None

4.    Has a prior action between the same parties and based on the same claim ever been filed before this Court?

☐ Yes
☒ No

5.    Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

☐ Yes
☒ No

6.    Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

☐ Yes
☒ No

Date Submitted: | 4/5/2022

rev. Dec. 2009

Print Form        Reset Form