DPR MODIFIED AO 440 (Rev. 05/22)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

| | |
|---|---|
| ESTUDIO HACEDOR, PSC<br>*Plaintiff(s)*<br>v.<br><br>JUAN ANTONIO LARREA, et als.<br>*Defendant(s)* | Civil Action No. 22- |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Susan Roe, wife of CARLOS GAUTIER
> 1403 CALLE GEORGETTI
> SANTURCE, PR 00909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ*
*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 05/22)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: