# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ESTUDIOHACEDOR, PSC d/b/a "HACEDOR/MAKER ARQUITECTOS", | |
| Plaintiff, | Civil No. 3:22-CV-01233 |
| v. | |
| JUAN ANTONIO LARREA and the conjugal partnership established with his wife Jane Doe; ISLAND CREAMERY INC.; CARLOS GAUTIER and the conjugal partnership established with his wife Susan Roe; GDT, LLC; CARIBBEAN DISPLAY AND CONSTRUCTION INC.; RAFAEL PAGÁN GONZÁLEZ; Companies A, B & C; Insurance Companies X, Y & Z; William Doe and May Doe, | Copyright Infringement. |
| Defendants. | |

## MOTION FOR LEAVE TO FILE RESTRICTED DOCUMENT

**TO THE HONORABLE COURT:**

**COMES NOW** defendant Island Creamery Inc. ("Island Creamery"), by and through its undersigned legal counsel, and respectfully state and pray as follows:

1. Today, Island Creamery filed under seal the *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7)* (the "Motion to Dismiss"), whereby it requested that the *Complaint* filed by Plaintiff Estudio Hacedor, PSC ("Plaintiff") be dismissed for lack of an indispensable party pursuant to Fed. R. Civ. P. 12(b)(7) and 19. See, Docket No. 5. In the *Complaint*, Plaintiff purports to claim ownership rights on intellectual property that is owned by a non-party, namely Baskin-Robbins Franchising LLC ("BR Franchisor").

2. BR Franchisor is the franchisor for the Baskin-Robbins® franchises stores, including those operated by Island Creamery exclusively in the territory of the Commonwealth of Puerto Rico. As such, BR Franchisor grants the right to operate a store under the Baskin-Robbins® trademark, which includes trade names, trademarks, service marks, emblems designs, merchandising devices, and logos used to identify such stores.

3. For Island Creamery to establish that BR Franchisor is an indispensable party to the instant claim, it had to include in its *Motion to Dismiss* a detailed exposition of relevant facts as to, among other things, BR Franchisor's operations and the franchisor-franchisee relationship that should be considered confidential due to certain information potentially containing trade secrets that BR Franchisor may want to protect. Likewise, certain exhibits filed in support of the *Motion to Dismiss* contain confidential information.

4. Thus, given that BR Franchisor was not included in this case as a defendant by Plaintiff and, therefore, cannot defend its rights, in an abundance of caution Island Creamery deemed prudent to file the *Motion to Dismiss* on a restricted basis to avoid disclosing any confidential information or trade secrets.

5. In light of the foregoing, in an abundance of caution and pursuant to this Honorable Court's Standing Order No. 9 of January 30th, 2013, Island Creamery filed the *Motion to Dismiss* with exhibits as restricted documents, which may only be viewed by the parties to this case, subject to a ruling from this Honorable court.

**WHEREFORE**, Island Creamery Inc. respectfully requests that this Honorable Court grant leave to file the *Motion to dismiss Pursuant to Fed. R. Civ. P 12(b)(7)* and its Exhibits as restricted documents.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this June 9, 2022.

**WE HEREBY CERTIFY** that an electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, Puerto Rico 00918-1813
Tel. (787) 764-8181
Fax. (787) 753-8944

| | |
|---|---|
| *s/ Hermann D. Bauer* | *s/ Jorge A. Candelaria Serrano* |
| Hermann D. Bauer | Jorge A. Candelaria Serrano |
| U.S.D.C. – PR No. 215205 | U.S.D.C. – PR No. 306004 |
| Hermann.bauer@oneillborges.com | jorge.candelaria@oneillborges.com |
| | |
| *s/Carla García Benítez* | *s/Alejandro A. Santiago-Martínez* |
| Carla García Benítez, Esq. | Alejandro A. Santiago-Martínez |
| U.S.D.C. – PR No. 203708 | U.S.D.C. – PR 304002 |
| carla.garcia@oneillborges.com | alejandro.santiago@oneillborges.com |